## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ABRAHAM MEDRANO-AMBRIS**<br><br>Defendant. | CR NO: 1:14-CR-000243 LJO SKO |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Abraham Medrano-Ambris
Detained at: TULARE COUNTY JAIL
Detainee is: a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
 charging detainee with:
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Mia A. Giacomazzi
Printed Name & Phone No: Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 16, 2015

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Abran Ambriz Medrano | ☒Male | ☐Female |
| Booking or CDC #: | 77-00016231 | DOB: | |
| Facility Address: | 2404 W. Burrel, Visalia, CA 93291 | Race: | Hispanic |
| Facility Phone: | (559) 636-4655 | FBI#: | 772555LA2 |
| Currently | 8 USC 1326 | | |

### RETURN OF SERVICE

Executed on: _____  _____
 (signature)