IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABRAHAM MEDRANO-AMBRIS<br><br>    Defendant. | CR NO: 1:14-CR-000243 LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Abraham Medrano-Ambris
Detained at: TULARE COUNTY JAIL
Detainee is:
 a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
   charging detainee with: § 1326(a) & (b)(2) Deported Alien found in the U.S.
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Mia A. Giacomazzi
Printed Name & Phone No: Mia A. Giacomazzi / (559) 497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
 ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7-2-15      _____
                  Honorable Sheila K. Oberto
                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Abran Ambriz Medrano | ☒Male ☐Female | |
| Booking or CDC #: | 77-00016231 | DOB: | |
| Facility Address: | 2404 W. Burrel, Visalia, CA 93291 | Race: | Hispanic |
| Facility Phone: | (559) 636-4655 | FBI#: | 772555LA2 |
| Currently | 8 USC 1326 | | |

### RETURN OF SERVICE

Executed on: _____    _____
                               (signature)