## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO:  1:14-CR-000243  LJO SKO |
| **ABRAHAM MEDRANO-AMBRIS** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Abraham Medrano-Ambris

Detained at: TULARE COUNTY JAIL

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: § 1326(a) & (b)(2)  Deported Alien found in the U.S.

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

| | |
|---|---|
| Signature: | /s/  Mia A. Giacomazzi |
| Printed Name & Phone No: | Mia A. Giacomazzi / (559) 497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   July 8, 2015

/s/ Gary S. Austin

Honorable Gary S. Austin
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Abran Ambriz Medrano | ☒Male ☐Female | |
| Booking or CDC #: | 77-00016231 | DOB: | |
| Facility Address: | 2404 W. Burrel, Visalia, CA  93291 | Race: | Hispanic |
| Facility Phone: | (559) 636-4655 | FBI#: | 772555LA2 |
| Currently | 8 USC 1326 | | |

## RETURN OF SERVICE

Executed on: 

(signature)